February 2, 2010

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Att: Civil Clerk

Re:   Justin Page v. Karl Frederick Ochse
      Index No. 2:2010-cv-531

Dear Sir or Miss:

I am the plaintiff in the above-referenced action.

Enclosed please find a Pro Se Consent and registration Form to Receive Documents Electronically.

Also kindly change my address to the following:

Justin Page
79 Noble Avenue # 3C
Milford, CT  06460.

I thank you in advance for all courtesies extended.

Sincerely,

Justin Page
Plaintiff pro se
79 Noble Avenue # 3C
Milford, CT  06460

Phone (646) 256-3911

RECEIVED

FEB 0 5 2010

AT 8:30_____M
WILLIAM T. W........K

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I __JUSTIN PAGE__ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: __JUSTIN @ JUSTINPAGE.COM__

My case number is: __2:2010 cv 00531__

Signature of Litigant

Mailing Address: __79 NOBLE AVE. # 3-C__

City, State, Zip Code: __MILFORD, CT 06460__

Telephone Number: __(646) 256-3911__

RECEIVED
FEB 05 2010
AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

Date: __Feb. 2, 2010__

JUSTIN PAGE
79 NOBLE AVENUE
MILFORD, CT 06460

ATT:
CIVIL
CLERK

UNITED STATES DISTRICT
COURT, DISTRICT OF NEW JERSEY
M.L.K. COURTHOUSE
50 WALNUT STREET
NEWARK, NJ 07101