AO 240A

# UNITED STATES DISTRICT COURT

## District of New Jersey

**JUSTIN PAGE**

|  |  |
|---|---|
| Plaintiff | **ORDER ON APPLICATION** |
|  | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |

**KARL FREDERICK OCHSE,**

Defendant                          Case Number: 10-531(FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED, and**

☒ The clerk is directed to file the complaint,  and

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED, for the following reasons:**

_____

_____

_____

☐and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this ___17th___ day of __February__, 2010

_____
Signature of Judicial Officer

Hon. Faith S. Hochberg, U.S.D.J.
Name and title of Judicial Officer